FILED

2009 JUN 26  PM 2:48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

Noel T. Winter
Blanca O. Winter
Whitesandsmed@yahoo.com
615 W. Sparks Street
Burbank, CA 91506
Telephone 818-888-3692

In Pro Se

## United States District Court
## Central District of California

| | | |
|---|---|---|
| Noel T. Winter | : | |
| Blanca O. Winter | : | CV09 04482 RSWL (PLAx) |
| | : | |
| **Plaintiffs** | : | |
| vs. | : | |
| | : | |
| **DEFENDANTS:** | : | 15 U.S.C., Paragraph 1681 et seq. |
| TransUnion | : | Fair Credit Reporting Act |
| Experian, Inc. | : | |
| Equifax/EISC | : | |
| Credit Control | : | |
| America's Servicing Company | : | Date Action Filed:  June16  2009 |
| Lamont, Hanley & Associates | : | |
| Medi Credit Corporation | : | |
| Credit Collections Association | : | |
| Bristol West Insurance | : | |
| Coast National Insurance Co. | : | COMPLAINT FOR JUDGMENT |
| First Premier Bank | : | AND PUNITIVE DAMAGES |
| Professional Collections System | : | FOR VIOLATION OF PRIOR |
| Chrysler Financial | : | ORDER OF THIS COURT |
| CFC Deficiency Recovery | : | |
| Franklin Credit Management | : | |
| Associated Credit & Collections | : | |
| MAF Collection Services | : | |
| GC Services | : | |
| Infectious Disease Associates of | : | Date Action Filed:  June 19, 2009 |
|   Greater Orlando, P.A | : | |

I/S
20

LODGED

2009 JUN 22  PM 3:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

1.

**TABLE OF CONTENTS**
**(Pages 2 thru 4)**

**PARAGRAPH NUMBER**                                              **PAGE**

A.     **PARTIES & AGENTS FOR SERVICE OF PROCESS**

1.     Plaintiff, Noel T. Winter                                    5

2.     Plaintiff, Blanca O. Winter                                  5

3.     Defendant, TransUnion                                        5

4.     Defendant, Experian, Inc.                                    5

5.     Defendant, Equifax/EISC                                      5

6.     Defendant, Credit Control                                    5

7.     Defendant, America's Servicing Company                       5

8.     Defendant, Lamont, Hanley& Associates                        5

9.     Defendant, Bristol West Insurance                            5

10.    Defendant, Coast National Insurance Co.                      5

11.    Defendant, Medi Credit Corporation                           5

12.    Defendant, Credit Collections Association                    5

13.    Defendant, First Premier Bank                                5

14.    Defendant, Professional Collections System                   6

15.    Defendant, Chrysler Financial                                6

16.    Defendant, CFC Deficiency Recovery                           6

17.    Defendant, Franklin Credit Management                        6

18.    Defendant, Associated Credit & Collections                   6

19.    Defendant, MAF Collection Services                           6

20.    Defendant, Professional Collections System                   6

21.    Defendant, GC Services                                       6

22.    Defendant, Infectious Diseases Associates of Greater Orlando, P.A. 6

23.    Defendant, Central Florida Pathology                         6

2.

| PARAGRAPH NUMBER | | PAGE |
|---|---|---|
| 24. | Defendant, Southwest Credit Systems, L.P. | 6 |
| 25. | Defendant, AT&T Mobility, LLC. | 6 |
| B. | JURISDICTION | |
| 26. | Jurisdiction is asserted pursuant to: 15 U.S.C., Paragraph 1681 et seq., Fair Credit Reporting Act | 7 |
| C. | CAUSE OF ACTION | |
| 27. | Plaintiffs cause of action | 7 |
| 28. | Narrative of erroneous reporting | 7 |
| 29. | Narrative of agreement from prior court action | 7 |
| 30. | Narrative of efforts to secure corrections | 7 |
| 31. | Narrative of refusal of defendants to make corrections | 7 |
| 32. | Narrative of damage to defendants credit rating | 7 |
| D. | DETAILED EXPLANATION OF VIOLATIONS OF EACH DEFENDANT OF THE F.C.R.A | |
| 33. | TransUnion's collusion with creditors | 8 |
| 34. | Experian's collusion with creditors | 8 |
| 35. | Equifax/EISC's collusion with creditors | 8 |
| 36. | Credit Control | 8 |
| 37. | America's Servicing Company (ASC) | 8 |
| 38. | Lamont, Hanley & Associates | 8 |
| 39. | Medi Credit Corporation | 8 |
| 40. | Credit Protection Association | 9 |
| 41. | First Premier Bank | 6 |
| 42. | Franklin Credit Management | 6 |
| 43. | Associated Credit & Collections | 6 |
| 44. | MAF Collection Services | 6 |
| 47. | GC Services | 6 |

3.

| PARAGRAPH NUMBER | | PAGE |
|---|---|---|
| 48. | Infection Disease Associates of Greater Orlando, P.A. | 7 |
| | **STATEMENT OF CLAIM** | 7 |
| 49. | Claim in the amount of $5,000 each | 7 |
| 50. | Claim for punitive damages | 7 |

**END OF TABLE OF CONTENTS**

## A.  PARTIES & AGENTS FOR SERVICE OF PROCESS

1.      Plaintiff, Noel T. Winter is a citizen of California and presently residing at 615 N. Sparks Street, Burbank, California 91506.

2.      Plaintiff, Blanca O. Winter is a citizen of California and presently residing at 615 N. Sparks Street,  Burbank, California 91506.

3.      Defendant, TransUnion, a Pennsylvania corporation, doing business out of P.O. Box 1000, chester, PA 19016-1000-

4.      Defendant, Experian, Inc., a Texas corporation, doing business out of  P.O. Box 742827, Dallas, TX 75374.

5.      Defendant, Equifax/EISC, a Georgia corporation, doing business out of P.O. Box 74243, Atlanta, GA 30374.

6.      Defendant, Credit Control, a Florida corporation, doing business out of P.O. Box 151249, Altamonte Springs, FL 32715-1249.

7.      Defendant, America's Servicing Company, a Maryland corporation, doing business out of 7485 New Horizon Way, Frederick, MD 21703.

8.      Defendant, Lamont, Hanley & Associates, a New Hampshire corporation, doing business out of 1138 Elm Street, Manchester, N.H. 03105.

9.      Defendant, Bristol West Insurance, a Florida corporation, doing business out of 17208 Saticoy Street, Van Nuys, CA 91406.

10.      Defendant, Coast National Insurance Co., a New Hampshire corporation, doing business out of  P.O. Box 179, Manchester, N.H. 03105.

11.      Defendant, Medi Credit Corporation, a California corporation, doing business out of 1801 California Avenue, Corona, CA 92881.

12.      Defendant, Credit Collections Association, a Texas corporation, doing business out of 13355 Noel Road, Suite 2100, Dallas, Texas 75240.

13.      Defendant, First Premier Bank, a South Dakota corporation, doing business out of 601 S. Minnesota Avenue, Sioux Falls, SD 57104.

14.     Defendant, Professional Collections System, a Florida corporation, doing business out of 900 Winderley Place, Suite 1000, Maitland, FL 32751-7231.

15.     Defendant, Chrysler Financial, a Florida corporation, doing business out of P.O. Box 551080, Jacksonville, FL 32255.

16.     Defendant, CFC Deficiency Recovery, a Michigan corporation, doing business out of 5225 Crooks Road, Suite 140, Troy, Michigan 48098.

17.     Defendant, Franklin Credit Management, a New Jersey corporation, doing business out of 101 Hudson Street, Jersey City, New Jersey 07302.

18.     Defendant, Associated Credit & Collections, a Florida corporation, doing business out of 975 Eyster Blvd., Rockledge, FL 32955-3512.

19.     Defendant, MAF Collection Services, a Florida corporation, doing business out of 134 S. Tampa Street, Tampa, Fl. 33601-2842.

20.     Defendant, Professional Collections System, a Florida corporation, doing business out of 900 Winderley Place, Suite 1000, Maitland, FL 32751-7231.

21.     GC Services, a Texas corporation, doing business out of 6330 Gulfton Street, Houston, TX 77081-1108.

22.     Defendant, Infectious Diseases Associates of Greater Orlando, P.A., doing business out of 1400 S. Orlando Avenue,  Suite 205,  Winter Park, FL 32789.

23,     Defendant, Central Florida Pathology, doing business out of 815 Herndon Avenue, Orlando, FL 32803.

24.     Defendant, Southwest Credit Systems, L.P., doing business out of 5910 W. Plano Parkway, Suite 100, Plano, TX 75093-4638.

25.     Defendant, AT&T Mobility, LLC., doing business out of 5565 Glenridge Connector, Suite 1725B, Atlanta, GA 30342.

## B. JURISDICTION

26.     Jurisdiction is asserted pursuant to:  15 U.S.C., Paragraph 1681 et seq., Fair Credit Reporting Act.

## C. CAUSE OF ACTION

27.     The Plaintiffs, Noel T. Winter & Blanca O. Winter, are filing this cause of action only subsequent to having made successive attempts to seek the named defendants to correct the credit Profile of errors and for specific Defendants' failure to comply with a prior order under USDC Case numbered SACV07-264 CJC (RNB).

28.     Numerous attempts to correct the credit profiles were ignored by other defendants that they were reporting erroneously information on the credit profiles.

29.     The relationship between the named credit bureaus and the named creditors is of such strength  that the Plaintiffs were found to have no voice in getting erroneous information removed from the credit profiles.

30.     To this date the Plaintiff's' credit profile as to specific creditors still reflects negative comments in violation of the agreement entered into between the parties reflecting a serious deficiency in the credit score.

31.     The Plaintiff (Noel T. Winter) has through many written communications to these specific creditors attempted to secure a correction in Plaintiff's credit profile, having placed  the creditors on notice  they are in violation of the agreement entered into before this Court, but Plaintiff has failed to be listened to.  It appears a court order out of this Court means nothing to these named creditors.

32.     Other defendants have refused to make appropriate corrections of negative comments in their erroneous reporting to the credit profiles, despite Plaintiffs' efforts demanding they do so.

33.     The Plaintiffs are suffering with a poor credit rating due to the collusion between the three credit bureaus, TransUnion, Experian and Equifax and their reporting clients in violation of the Fair Credit Reporting Act.

## D.  DETAILED EXPLANATION OF VIOLATIONS OF EACH DEFENDANT OF THE F.C.R.A.

34.     The Defendant, TranUnion, is a credit bureau operating in collusion of the other defendants in reporting incorrect information on the profile of the Plaintiffs.  This Defendant refuses to remove the incorrect information on the credit profiles.

35.     The Defendant, Experian, Inc., is a credit bureau operating in collusion of the other defendants in reporting incorrect information on the profile of the Plaintiffs.  This Defendant refuses to remove the incorrect information on the credit profiles.

36.     The Defendant, Equifax/EISC, is a credit bureau operating in collusion of the other defendants in reporting incorrect information on the profile of the Plaintiffs.  This Defendant refuses to remove the incorrect information on the credit profiles.

37.     The Defendant, Credit Control, known as a collection agency, is continuing to show an item on the credit profile of the Plaintiff (Blanca O. Winter) from a medical entry whereby the surgeons had agreed to accept payment from Medicare as payment in full, but then reported the item as unpaid. This Defendant as demanded by the Plaintiff has refused to remove the item from the credit profile.

38.     The Defendant, America's Servicing Company, a named defendant in the prior action before the United States District Court, despite the fact their assignor, WMC Mortgage Corporation, executed the agreement that all assignees servicing their mortgage would place no negative comments on Plaintiff's (Noel T. Winter) credit profile, the Defendant continues to do so.  America's Servicing Company has refused to remove its negative statements from Plaintiff's credit profile, which are not only in violation of the agreement, but also which are completely erroneous.

39.     The Defendant, Lamont, Hanley & Associates, a collection agency for Bristol West Insurance and Coast National Insurance Company, was informed by the Plaintiff (Noel T. Winter) that this account is not owed by the Plaintiff, but continues to attempt to collect payment from the Plaintiff.  Though this item has not shown up as yet on the Plaintiff's credit profile, inasmuch as the Plaintiff refuses to make payment to the Defendant, the Defendant has notified the Plaintiff the item will appear on the credit profile as per the policies of the Defendant.

8.

40.     Medi Credit Corporation is a collection agency attempting to collect a water bill of the Plaintiff (Noel T. Winter) that was paid two years ago.  The Defendant refuses to clarify the matter, stating it is the Plaintiff to do so and until the Plaintiff does so, it will remain on the credit report. The Defendant continues to report this matter on the credit profile of the Plaintiff.

41.     Credit Protection Association is a collection agency attempting to collect a medical bill for the Plaintiff (Blanca O. Winter)  which emanates from the same surgery discussed above in which the physician is entitled to no more than what Medicare will pay.  The bill is an attempt to collect more than the surgeon is entitled to.

42.     First Premier Bank has an account the Plaintiff (Noel T. Winter) had maintained and which the Plaintiff requested be closed.  The Plaintiff brought the account current, whereby subsequent to settling the account the Defendant saw fit to add additional charges to the account.  The Plaintiff complained to the Defendant to remove the negative comments, but they refused to do so claiming the Plaintiff owes the money debited to the account subsequent to the account being closed.

43.     Collections System is a collection agency which has billed from the same surgery discussed above in which the physician is entitled to no more than what Medicare will pay and continues to report the item on the credit profile of the Plaintiff (Blanca O. Winter).  The bill is an attempt to collect more than he is entitled to.

44.     Chrysler Financial is an account that is reflecting the balance and the manner of the account in which it was handled.  The reporting on Plaintiff's (Noel T. Winter) profile is erroneous.

45.     The same account is also reported by CFC Deficiency Recovery.  Both are reporting erroneously the same item  and differently for the same account.

46.     Franklin  Credit Management is reporting in the credit profile of the Plaintiff (Noel T. Winter)  erroneously despite the agreement they entered into as an assignee of WMC Mortgage Corporation.  The Plaintiff brought this matter to their attention.   The Defendant took the position they were not responsible for the agreement the assignor entered into, thus would report what they felt was accurate.  In reviewing the reporting by this Defendant, the reporting is erroneous on its face.

9.

47.     Associated Credit & Collections is a collection item reported on the credit profile as a result of a surgeon attempting to collect more than he is entitled to under Medicare. The defendant refuses to remove the item from the Defendant's (Blanca O. Winter) credit profile.

48.     MAF Collection Services is similar to collection attempts for the Plaintiff (Blanca O. Winter) for the surgery that was paid by Medicare. This is an attempt to collect additional funds they are not entitled to.

49.     GC Services, a collection agency, is reporting on Plaintiff's (Blanca O. Winter) credit profile that T-Mobile Communications is owed an unpaid bill of $349. The Plaintiff disputed the bill in that the account was closed by the Plaintiff due to no telephone service in the area the Plaintiff was residing, and by agreement with T-Mobile Communications, T-Mobile reached an agreement to discontinue service at no additional cost to the Plaintiff. The Defendant refuses to remove the item from the Plaintiff's credit profile.

50.     Infectious Disease Associates of Greater Orlando, a Florida corporation, is an item related to surgery which was covered by Medicare. This Defendant refuses to remove the item from the credit profile of the Defendant, Blanca O. Winter.

### STATEMENT OF CLAIM

51.     The Plaintiffs seek damages against all named defendants in violation of Plaintiffs' rights as per the Fair Credit Reporting Act, 15 U.S.C., Paragraph 1681, et seq., in the amount of $5,000 per violation per defendant, inclusive of the creditors and the three credit reporting agencies, and for a greater amount for defendants in violation of the agreement entered into in Case Number 8:2007cv00264, filed on March 5, 2007 as per the judgment of the court.

52.     The Plaintiffs seek punitive damages and sanctions against those Defendants, namely TransUnion, Experience, Inc., and Equifax/EISC, America's Servicing company (ASC), Chrysler Financial, CFC Deficiency Recovery, Franklin Credit Management and First Premier Bank for violating a prior order of this Court to not report negatively against the Plaintiff, Noel T. Winter and for which they chose to ignore. And to continue to report negatively despite the fact they were

informed of the violation and chose to ignore the violation.

_____

**Noel T. Winter**          **6/19/2009**


_____

**Blanca O. Winter**          **6/19/2009**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Winter, Noel T.<br>Winter, Blanca O. | TransUnion, et al. |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): <br>Los Angeles County | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): <br>Chester County, Pennsylvania |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br>Noel T. Winter<br>615 N. Sparks Street<br>Burbank, CA 91506<br>818-888-3692 | Attorneys (If Known) <br><br>Unknown |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ 5,000+

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
U.S. Civil Statute: 15 U.S.C., Paragraph 1681 et seq., Fair Credit Reporting Act
Violation of the F.C.R.A with inaccurate credit profile reporting; violation of order of this court from prior case with continuous reporting of informatio..

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: **CV09 04482**

CV-71 (07/05)   CIVIL COVER SHEET   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☐ No ☑ Yes

If yes, list case number(s): USDC Case SACV07-264 CJC (RNB) Hon. Cormac J. Carney

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or

☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
Noel T. Winter, Plaintiff, Los Angeles County, California;
Blanca O. Winter, Plaintiff, Los Angeles county, California;

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
TransUnion, Pennsylvania; Experian, Inc., Texas; Equifax/EISC, Georgia; Credit Control, Florida; America's Servicing Company, Maryland;
Lamont, Hanley & Associates, New Hampshire; Bristol West Insurance, Florida; Coast National Insurance, New Hampshire; Medi Credit Corp., Los
Angeles county, California; Credit Collections Association, Texas; First Premier Bank, South Dakota; Professional Collections system, Florida;
Chrysler Financial, Florida; CFC Deficiency Recovery, Michigan; Franklin Credit Management, New Jersey; Associated Credit & Collections,
Florida; MAF Collection Services, Florida; Professional Collections System, Florida; GC Services, Texas; (continued next paragraph below)

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
Infectious Diseases Associates of Greater Orlando, P.A., Florida; Central Florida Pathology, Florida; Southwest Credit Systems, L.P., Texas;
AT&T Mobility, LLC, Georgia.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Noel T. Winter_ Date 6/22/2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not
filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions
sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (07/05) | CIVIL COVER SHEET | Page 2 of 2

FOR OFFICE USE ONLY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Noel T. Winter | CASE NUMBER |
| PLAINTIFF(S) | CV09-4482 RSWL (PLAx) |
| v. | |
| TransUnion, Experian, Inc. | |
| See Attached | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  Noel T. Winter _____, whose address is  615 W. Sparks Street, Burbank, CA 91506 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: June 26, 2009 _____

By: C. Powers _____
Deputy Clerk

SEAL

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

FOR OFFICE USE ONLY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Paul L. Abrams.

The case number on all documents filed with the Court should read as follows:

## CV09- 4482 RSWL (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.