o

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT - WESTERN DIVISION

| | |
|---|---|
| NOEL T. WINTER<br>BLANCA O. WINTER,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TRANSUNION, EXPERIEAN, INC., EQUIFAX/EISC, CREDIT CONTROL, AMERICA'S SERVICING COMPANY, LAMONT, HANLEY & ASSOCIATES, MEDI CREDIT CORPORATION, CREDIT COLLECTIONS ASSOCIATION, BRISTOL WEST INSURANCE, COAST NATIONAL INSURANCE CO., FIRST PREMIER BANK, PROFESSIONAL COLLECTIONS SYSTEM, CHRYSLER FINANCIAL, CFC DEFICIENCY RECOVERY, FRANKLIN CREDIT MANAGEMENT, ASSOCIATED CREDIT & COLLECTIONS, MAF, COLLECTION SERVICES, GC SERVICES, INFECTIOUS DISEASE ASSOCIATES OF GREATER ORLANDO, P.A.,<br><br>　　　　　Defendants. | Case No.  CV09-4482 CAS (PLAx)<br><br>Assigned to:<br>District Judge Christina A. Snyder<br><br>Assigned Discovery:<br>Judge Paul L. Abrams<br><br>**[JUDGMENT OF DISMISSAL**<br><br>[Federal Rule of Civil Procedure, Rules 12(b)(6) and 12(e)]<br><br>Date:　　June 14, 2010<br>Time:　　10:00 a.m.<br>Ctrm.:　　5<br><br>Action Filed:  June 16, 2009 |

/ / /

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4816-1043-0982.1

[PROPOSED] JUDGMENT OF
DISMISSAL CV09-4482 CAS (PLAX)

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Motion of Defendant WELLS FARGO BANK, N.A. DBA AMERICA'S SERVICING COMPANY ["WELLS FARGO"] to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6) was granted by the Honorable Christina A. Snyder on June 14, 2010 as more fully reflected in the Court's June 14, 2010 Order. Specifically, the Court ordered that Plaintiffs' action against WELLS FARGO is dismissed with prejudice.

IT IS HEREBY ORDERED that a judgment of dismissal be entered in favor of Defendant WELLS FARGO and against Plaintiffs NOEL T. WINTER and BLANCA O. WINTER.

**IT IS SO ORDERED.**

DATED: July 22, 2010

*[signature]*
Hon. Christina A. Snyder
JUDGE OF THE UNITED STATES DISTRICT COURT

Respectfully submitted:

KUTAK ROCK LLP

By: /s/ *Steven M. Dailey*
Jeffrey S. Gerardo
Steven M. Dailey
18201 Von Karman, Suite 1100
Irvine, CA 92612-1077
Tel: (949) 417-0999
Fax: (949) 417-5394
Attorneys for Defendant
WELLS FARGO BANK, N.A. DBA
AMERICA'S SERVICING COMPANY

**PROOF OF SERVICE**
**WINTER V. TRANSUNION, ET AL.**
**USDC-CENTRAL-LOS ANGELES CASE NO. CV-09-04482**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the City of Irvine in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is Suite 1100, 18201 Von Karman Avenue, Irvine, California 92612-1077.

    On July 21, 2010, I served on all interested parties as identified on the below mailing list the following document(s) described as:

**[PROPOSED] JUDGMENT OF DISMISSAL**

☒ **(BY NOTICE OF ELECTRONIC FILING)** Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

☒ **(BY MAIL, 1013a, 2015.5 C.C.P.)** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this(these) document(s) will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

## SERVICE LIST

| | |
|---|---|
| Noel T. Winter<br>5530 Owensmouth Unit 3-218<br>Woodland Hills CA 91367 | Plaintiff in Pro Per |
| Blanca O. Winter<br>615 W Sparks Street<br>Burbank CA 91506 | Plaintiff in Pro Per |

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on July 21, 2010, at Irvine, California.

______________________________

**Elizabeth May**